## ERROL DUNKLEY *v.* COMMISSIONER OF CORRECTION

*David B. Rozwaski,* special public defender, in support of the petition.

*Ronald G. Weller,* assistant state's attorney, in opposition.

Decided March 11, 2003

## STATE OF CONNECTICUT *v.* KEVIN J. MCCOLL

*Kent Drager,* senior assistant public defender, in support of the petition.

*Marjorie Allen Dauster,* senior assistant state's attorney, in opposition.

Decided March 11, 2003

## STATE OF CONNECTICUT *v.* ISAAC EAGLES

*Damon A. R. Kirschbaum,* special public defender, in support of the petition.

*Susann E. Gill,* senior assistant state's attorney, in opposition.

Decided March 11, 2003